**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLOS A. G., | ) | NO. CV 20-9381-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: December 16, 2021.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed.R.Civ.P. 25(d)(1); 42 U.S.C. § 405(g).